**Order entered November 18, 2015**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-01154-CV

### STEVEN BROWDER, Appellant

### V.

### DFW PROPERTY GUARDIAN, Appellee

**On Appeal from the County Court at Law No. 5
Collin County, Texas
Trial Court Cause No. 005-01793-2015**

## ORDER

We **GRANT** the November 16, 2015 motion of Court Reporter Crystal Cannon seeking a sixty-day extension of time to file the reporter's record **TO THE EXTENT** that Ms. Cannon shall file, by **DECEMBER 18, 2015**, either the reporter's record or written documentation that appellant has not paid or made arrangements to pay the fee for preparation of the reporter's record. *See* TEX. R. APP. P. 35.3(c). We **DIRECT** the Clerk of this Court to send a copy of this order by electronic transmission to Ms. Cannon, appellant, and counsel for appellee.

/s/     ELIZABETH LANG-MIERS
        JUSTICE